Chicago Title Company v. United States, et al.                    Doc. 6

Case 1:07-cv-00285-LJO-DLB    Document 6    Filed 02/27/2007    Page 1 of 1

1 | McGREGOR W. SCOTT
United States Attorney

2 |

3 | PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice

4 | P.O. Box 683
Ben Franklin Station

5 | Washington, D.C. 20044-0683
Telephone: (202) 307-6421

6 | Facsimile: (202) 307-0054

7 | Attorneys for the United States of America

8 |              IN THE UNITED STATES DISTRICT COURT FOR THE

9 |                    EASTERN DISTRICT OF CALIFORNIA

10 |

11 | CHICAGO TITLE COMPANY, a California corporation,        Civil No. 1:07 CV 00285-LJO-DLB

12 |                Plaintiff,                    [Superior Court of California, County of Fresno, Case No. 06 CE CG 03524]

13 |        v.

14 | CECIL MORRIS, an individual; REBA        **ORDER**
MORRIS, an individual; HABITAT FOR

15 | HUMANITY, a business entity, form
unknown, CITY OF FRESNO

16 | DEPARTMENT OF HOUSING AND
NEIGHBORHOOD REVITALIZATION;

17 | UNITED STATES OF AMERICA, BY AND
THROUGH THE DEPARTMENT OF THE

18 | TREASURY INTERNAL REVENUE
SERVICE, and DOES 1 to 20, inclusive,

19 |

20 |                Defendants.

21 |

22 |        Having considered the United States' Ex-Parte Application for Extension of Time to Respond to

23 | Complaint, the record contained herein, and good cause being shown, the Application is HEREBY

24 | GRANTED and IT ORDERED THAT the United States shall have up and including March 30, 2007 in

25 | which to respond to the Complaint.

26 |        IT IS SO ORDERED.

27 |        Dated: February 26, 2007.                    ___/s/ _Dennis L. Beck_____

28 |                                        UNITED STATES MAGISTRATE JUDGE

ORDER