McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CECIL MORRIS, an individual; REBA MORRIS, an individual; HABITAT FOR HUMANITY, a business entity, form unknown, CITY OF FRESNO DEPARTMENT OF HOUSING AND NEIGHBORHOOD REVITALIZATION; UNITED STATES OF AMERICA, BY AND THROUGH THE DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, and DOES 1 to 20, inclusive,<br><br>Defendants. | Civil No. 1:07 CV 00285-LJO-DLB<br><br>[Superior Court of California, County of Fresno, Case No. 06 CE CG 03524]<br><br>**ORDER** |

Having considered the United States' Ex-Parte Application for Extension of Time to Respond to Complaint, the record contained herein, and good cause being shown, the Application is HEREBY GRANTED and IT ORDERED THAT the United States shall have up and including March 30, 2007 in which to respond to the Complaint.

IT IS SO ORDERED.

Dated: February 26, 2007.                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

ORDER