# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE CO., | CASE NO. CV F 07-285 LJO DLB |
| Plaintiff, | **ORDER AFTER STATUS CONFERENCE** |
| vs. | |
| CECIL MORRIS, et al. | |
| Defendants. | |

On July 9, 2007, this Court held a scheduling conference in this matter. Plaintiff Chicago Title Company appeared by counsel Marlene Hubbell, specially appearing for Edward Russell. Defendant Cecil Morris appeared telephonically by counsel Glenn Wilson. Defendant Habitat for Humanity appeared telephonically by counsel Christopher Hall. Defendant City of Fresno appeared telephonically by counsel Katherine Bradley. Defendant United States of America appeared telephonically by Assistant United States Attorney Kirk Sheriff, specially appearing for Paul S. Ham. Defendant Reba Morris did not appear. Pursuant to the discussions in that conference, the Court issues the following order:

I. Plaintiff Chicago Title Co. requested to be relieved as Plaintiff. **Plaintiff is ORDERED to file and serve a declaration of costs and fees no later than July 16, 2007.** Opposing counsel shall file and serve any objections to the statement of costs and fees no later than July 23, 2007. If no objections are made, the matter will be submitted to this Court on that day;

II. **Defendant United States of America shall file and serve its dispositive motion no**

1

**later than July 30, 2007.** Any opposition to that motion shall be filed and served no later than August 10, 2007. If no objections are made, the matter shall be submitted to this Court on that day;

III.   **A status conference is set for August 29, 2007 at 8:30 a.m.** in Courtroom 4 (LJO) to discuss whether this action should be remanded to the state court. Counsel may appear at the scheduling conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680; and

IV.   Rule 26 disclosures are stayed pending the outcome of the August 29, 2007 status conference.

IT IS SO ORDERED.

**Dated:   July 9, 2007**                               /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE