UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE COMPANY,<br><br>           Plaintiff,<br><br>      vs.<br><br>UNITED STATES, et al.,<br><br>           Defendants.<br>_____/ | **1:07-cv-00285 LJO DLB**<br><br>**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT**<br>**(L.R. 5-133)** |

TO:  Glenn R. Wilson:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on August 6, 2007, directing you to register for CM/ECF.  To date, you have failed to register.

YOU ARE ORDERED TO SHOW CAUSE no later than August 27, 2007, by affidavit or certificate, why sanctions should not

-1-

be imposed for your failure to comply with the court's electronic filing requirements.

SO ORDERED.

    DATE:    August 20, 2007

                                    /s/   Lawrence J. O'Neill
                                    LAWRENCE J. O'NEILL
                                    U.S. District Judge