UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE COMPANY, | **1:07-cv-00285 LJO DLB** |
| Plaintiff, | **ORDER SETTING HEARING ON ORDER TO SHOW CAUSE** |
| vs. | **Date: September 25, 2007** |
| UNITED STATES, et al., | **Time: 8:30 a.m.** |
| | **Courtroom Four (4)** |
| Defendants. | |
| _____/ | |

TO:  Glenn R. Wilson:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on August 6, 2007, directing you to register for CM/ECF.  To date, you have failed to register.

On August 20, 2007, this court ordered you to show cause no later than August 27, 2007, by affidavit or certifi-

-1-

cate, why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements.  To date, you have failed to respond to that order.

YOU ARE ORDERED to personally appear at a hearing on September 25, 2007, at 8:30 a.m., and show cause why sanctions should not be imposed for your failure to comply with the court's orders and local rules.  Failure to appear will result in dismissal of this case.

IT IS SO ORDERED.

**Dated:   September 10, 2007**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE