# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE CO., | CASE NO. CV F 07-0285 LJO DLB |
| Plaintiff, | **ORDER VACATING ORDER TO SHOW CAUSE RE REGISTERING FOR CM/ECF** |
| vs. | |
| CECIL MORRIS, et al. | |
| Defendant. / | |

On September 10, 2007, this Court issued an order to show cause for attorney Glenn R. Wilson's failure to register for the Court's electronic filing system. Attorney Wilson has now registered for the electronic filing system. Accordingly, the Court VACATES the order to show cause as to Attorney Wilson.

IT IS SO ORDERED.

**Dated:   September 25, 2007**          /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE

1