McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CECIL MORRIS, an individual; REBA MORRIS, an individual; HABITAT FOR HUMANITY, a business entity, form unknown, CITY OF FRESNO DEPARTMENT OF HOUSING AND NEIGHBORHOOD REVITALIZATION; UNITED STATES OF AMERICA, BY AND THROUGH THE DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Civil No. 1:07-cv-00285-LJO-DLB<br><br>[Superior Court of California, County of Fresno, Case No. 06 CE CG 03524]<br><br>**UNITED STATES FIRST AMENDED REQUEST FOR TRANSFER AND DEPOSIT OF EXCESS PROCEEDS INTO THIS COURT'S REGISTRY, and ORDER** |

　　　　The United States, through undersigned counsel, hereby requests that the excess proceeds from a foreclosure sale be transferred from the Superior Court of California, Fresno County ("Superior Court") and deposited into this Court's Registry until the parties' claims in this action are resolved. In support thereof, the United States state as follows:

　　　　1.　　On or about October 23, 2006, plaintiff Chicago Title Company ("Plaintiff") filed its Complaint in Interpleader, case no. 06 CE CG 03524, with the Superior Court. Plaintiff, in its

2758519.1

1  Complaint, alleges that defendants are potential claimants to surplus proceeds, in the amount of
2  $148,300, that were generated after Plaintiff, as trustee, sold certain real property located in Fresno,
3  California.
4      2.    On February 21, 2007, the United States removed this action from the Superior Court to
5  the United States District Court for the Eastern District of California.  The United States removed this
6  action as a matter of right pursuant to 28 U.S.C. §§ 1444 and 2410(a).
7      3.    Since this case has been removed, the excess proceeds should be transferred from the
8  Superior Court and deposited into and held by this Court's Registry until the defendants' claims are
9  resolved.
10     4.    Once the proposed Order (submitted herewith) is approved by the Court, the United States
11 will file a request with the Superior Court, requesting that the funds held in connection with the action be
12 transferred and deposited with this Court's Registry based upon the Order.
13     WHEREFORE, the United States prays that the excess proceeds currently held by the Superior
14 Court of California, Fresno County be transferred and deposited into this Court's Registry.
15
16 Respectfully submitted this 25th day of September, 2007.
17
18
19
20     McGREGOR W. SCOTT
       United States Attorney
21
22     /s/ - Paul Ham
       PAUL S. HAM
23     Trial Attorney, Tax Division
       U.S. Department of Justice
24     Post Office Box 683
       Ben Franklin Station
25     Washington, D.C.  20044
       Telephone: (202) 307-6421
26     Facsimile: (202) 307-0054
27     Attorneys for the United States
28

2758519.1

1

2 **ORDER**

3   This Court having read and considered the United States' Request for Transfer And Deposit of
4 Excess Proceeds Into This Court's Registry and good cause being shown,

5   IT IS HEREBY ORDERED that the Request is granted and the United States shall file a request
6 with the Superior Court of California, Fresno County, requesting that the Superior Court transfer and
7 deposit the excess proceeds into this Court's registry as follows:

8   1.   The amount currently held by the Superior Court, $148,300 and all accrued interest, in
9 relation to the above-captioned case should be sent by check to this Court.

10   2.   The check shall be made payable to the United States District Court with the notation
11 "USDC Civil No. 1:07-cv-00285-LJO-DLB" and mailed, along with a copy of this Order, to:

12   Victoria Minor, Clerk
    United States District Court
13   Eastern District of California
    501 "I" Street
14   Sacramento, CA 95814

15 IT IS SO ORDERED.

16 **Dated:   September 26, 2007**           /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

2758519.1