IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE CO., | CASE NO. CV F 07-285 LJO DLB |
| Plaintiff, vs. | **ORDER TO SHOW CAUSE BY CHICAGO TITLE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR IGNORING COURT ORDERS** |
| CECIL MORRIS, et al. | |
| Defendants. / | |

On September 27, 2007, this Court issued sanctions against Attorney Edward Russell, attorney for plaintiff Chicago Title, for repeated failures to respond to Court orders, including those requiring Mr. Russell to register for the Court's electronic filing system. (See Local Rule 5-135). (Doc. 38.)

On October 4, 2007, Chicago Title filed the declaration of Dolly A. Auvil, a paralegal in the legal department of Chicago Title. Ms. Auvil indicates that Edward Russell left employment with Chicago Title's legal department on July 31, 2007 and moved out of state. Another attorney Michael Fox registered for the Court's electronic filing system on August 27, 2007. Ms. Auvil assumed that because Mr. Fox was one of the attorneys on the case and he registered, Chicago complied with the registration requirement. She considered all notices received after Mr. Fox registered as "moot." She requests that the Court vacate the sanctions.

/////

/////

1  The explanation by the paralegal does not constitute good cause to ignore this Court's orders.
2  Therefore, this Court ORDERS Chicago Title to appear at a hearing on October 24, 2007, at 8:45 a.m.,
3  in Department 4 (LJO) and show cause why additional sanctions, to those already imposed, should not
4  be imposed for ignoring the Court's orders and local rules.
5  On that date, at that time, the Court will also make a decision regarding the outstanding sanctions
6  already assessed against Mr. Russell.

IT IS SO ORDERED.

**Dated:  October 9, 2007**                                  **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE