IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE CO., | CASE NO. CV F 07-285 LJO DLB |
| Plaintiff, vs. | **ORDER AFTER HEARING ON ORDER TO SHOW CAUSE; SANCTIONS VACATED AGAINST EDWARD RUSSELL** |
| CECIL MORRIS, et al. | |
| Defendants. / | |

This matter came on for hearing on October 24, 2007 for an Order to Show Cause directed at plaintiff Chicago Title Company for ignoring court orders. Chicago Title appeared by telephone by counsel Michael J. Fox. Defendant the United States appeared by telephone by counsel Kari Larson. Defendant Cecil Morris appeared by counsel Glenn Wilson. After considering the Court file and arguments of counsel, the Court finds that, in this case, Chicago Title improperly delegated attorney duties to a paralegal within the Legal Department. According, this Court orders as follows:

1. VACATES the sanctions imposed upon attorney Edward Russell, and
2. CONFIRMS the sanctions imposed upon Chicago Title of denying any recovery of attorneys fees and/or costs related to the filing and prosecuting of this interpleader action.

IT IS SO ORDERED.

**Dated:   October 24, 2007**            /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE