IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICAGO TITLE CO., | CASE NO. CV F 07-285 LJO DLB |
| Plaintiff,<br>vs. | **ORDER TO DISBURSE REMAINING INTERPLEADER FUNDS** |
| CECIL MORRIS, et al.<br><br>Defendants.<br>_____/ | |

    The Clerk's office is to submit a check for the remainder of interpleader funds payable to Fresno County Superior Court.

IT IS SO ORDERED.

**Dated:   January 18, 2008**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE